United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans  70130

Chambers of
A. J. McNamara
District Judge

August 28, 2006

Judge Ortrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.  20544

In Re:  Calendar Year 2005 Filing-your
letter of August 23, 2006

Dear Judge Smith,

In response to your letter of August 23, 2006, please consider this letter as an amendment to my 2005 report and in part VII, page 7, line 56, column C the value should be shown as "J" and the value method as "W".

Thanks for bringing this to my attention.  I assume you will now be able to close my 2005 report.  If any additional information is needed please contact me.

Sincerely,



A. J. McNamara

AJM: rsg

RECEIVED  2006 SEP -5 P 3:33  FINANCIAL DISCLOSURE OFFICE

| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) McNamara, A. J | 2. Court or Organization United States District Court | 3. Date of Report 07/21/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Judge, Senior | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address 500 Poydras Street, Room C107A New Orleans, LA 70130 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2006 JUL 31 P 3: 02 FINANCIAL DISCLOSURE OFFICE RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, A. J | 07/21/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, A. J | 07/21/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PREVIOUSLY DELETED | | | | | | | | | |
| 2. 7/72 Energy Rlty Inv. Co LLC | E | Rent | N | W | | | | | |
| 3. .005 Int. Woodstock Plantation, Baton Rouge, LA | D | Dividend | K | W | | | | | |
| 4. .25 Int. in ▮▮▮▮Tract of Land - Lacombe, LA | | None | J | W | | | | | |
| 5. DELETED - See Report Filed April 1997 | | | | | | | | | |
| 6. DELETED-- See Report Filed April 2005 | | | | | | | | | |
| 7. DELETED-- See Report Filed April 2005 | | | | | | | | | |
| 8. PREVIOUSLY DELETED | | | | | | | | | |
| 9. 1/2 Int. Commercial Lot ▮▮▮▮ Belle Chasse, LA | | None | N | W | | | | | |
| 10. PREVIOUSLY DELETED | | | | | | | | | |
| 11. PREVIOUSLY DELETED | | | | | | | | | |
| 12. PREVIOUSLY DELETED | | | | | | | | | |
| 13. PREVIOUSLY DELETED | | | | | | | | | |
| 14. PREVIOUSLY DELETED | | | | | | | | | |
| 15. PREVIOUSLY DELETED | | | | | | | | | |
| 16. Royalty Int. for Oil & Gas from prop. Descr. In # 2 by NEG | D | Royalty Int. | M | W | | | | | |
| 17. Unimproved Property (upriver) -- Plaquemines Parish, LA | | | | | Sold | Nov | J | A | A. E. Papale |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, A. J | 07/21/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| 18. Unimproved Property (downriver) Plaquemines Parish, LA | A | | J | W | SEE PART | VIII | | | | |
| 19. 1/8 Int. in house & adjoining Lots, Mandeville, LA (X) | | None | K | W | | | | | | |
| 20. Shares of Lord Abbett Affiliate Fund A (X) | | None | J | T | | | | | | |
| 21. Shares of Fidelity Puritan Mutual Fund (X) | | None | K | T | | | | | | |
| 22. Cleco Common Stock (X) | | None | K | T | | | | | | |
| 23. Common Stock AT&T (X) | | None | J | T | | | | | | |
| 24. Common Stock Lucent Technologies, Inc. (X) | | None | J | T | | | | | | |
| 25. Common Stock NCR (X) | | None | J | T | | | | | | |
| 26. Shares Neuberger Berman Guardian Mtl Fund (X) | | None | J | T | | | | | | |
| 27. Shares Oppenheimer Municipal Bond Fund (X) | | None | J | T | | | | | | |
| 28. Common Stock AIG Insurance Co (X) | | None | M | T | | | | | | |
| 29. Common Stock American Realty Trust Co. (X) | | None | J | T | | | | | | |
| 30. Common Stock BellSouth (X) | | None | J | T | | | | | | |
| 31. Shares of Evergreen Income & Growth Fund (X) | | None | J | T | | | | | | |
| 32. Shares of Fidelity Equity Income Fund (X) | | None | J | T | | | | | | |
| 33. Shares of Fidelity OTC (X) | | None | J | T | | | | | | |
| 34. Common Stock Ford Motor Company (X) | | None | J | T | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, A. J | 07/21/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Common Stock ITT Industries, Inc. (X) | | None | J | T | | | | | |
| 36. Shares of Ivy Growth Fund (X) | | None | J | T | | | | | |
| 37. Common Stock Kaufman & Broad Home Corp. (X) | | None | J | T | | | | | |
| 38. Common Stock Lance, Inc. (X) | | None | J | T | | | | | |
| 39. Common Stock Metromedia International Group (X) | | None | J | T | | | | | |
| 40. Shares Monetta Fund (X) | | None | J | T | | | | | |
| 41. Common Stock Nabor Industries, Inc. (X) | | None | J | T | | | | | |
| 42. Common Stock NCR (X) | | None | J | T | | | | | |
| 43. Shares of Neuberger Berman Manhattan Fund (X) | | None | J | T | | | | | |
| 44. Shares of Nicholas Fund, Inc. (X) | | None | J | T | | | | | |
| 45. Common Stock of Occidental Petroleum, Inc. (X) | | None | J | T | | | | | |
| 46. Common Stock Phillip Morris, Inc. (X) | | None | J | T | | | | | |
| 47. Common Stock Citi Group, Inc. (X) | | None | J | T | | | | | |
| 48. Shares of Hartford Financial Services Group (X) | | None | J | T | | | | | |
| 49. Common Stock The Timeken Co. (X) | | None | J | T | | | | | |
| 50. Common Stock Triton Group, Ltd. (X) | | None | J | T | | | | | |
| 51. Shares of Vanguard Federal Money Market Fund (X) | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| 3. Value Method Codes (See Column C2) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, A. J | 07/21/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | If not exempt from disclosure | | | |
| 52. Shares of Vanguard Wellesley Fund (X) | | None | J | T | | | | | |
| 53. Shares of Vanguard Windsor Fund (X) | | None | J | T | | | | | |
| 54. Common Stock of Starwood Hotels | | None | J | T | | | | | |
| 55. Common Stock of Visteon Corp. (X) | | None | J | T | | | | | |
| 56. Mineral Lease Pymt by Yuma Petro Co for hydrocarbon lease on | B | Rent | | | | | | | |
| 57. DELETED | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII. No. 18  To be deleted—Hurricane Katrina destroyed improvements and land, sold in November 2005 to A. E. Papale--no gain.

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, A. J | 07/21/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____      - 21 - 2006

NOTE: ANY                                    THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544